**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1080**

_____

STEPHEN AKIN MOLAJOYE,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals. (A29-625-532)

_____

Submitted: July 22, 2003          Decided: August 12, 2003

_____

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Bokwe G. Mofor, IMMIGRATION LAW CENTER, Silver Spring, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, Earle B. Wilson, Senior Litigation Counsel, Leslie M. McKay, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen Akin Molajoye, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen and for reconsideration. We have reviewed the administrative record and the Board's order and find that the Board did not abuse its discretion in denying Molajoye's motion to reopen. See 8 C.F.R. § 1003.2(a) (2003); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Molajoye, No. A29-625-532 (B.I.A. Dec. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2